No. 624. ARNFELD ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *J. Marvin Haynes, N. Barr Miller, Joseph H. Sheppard* and *Arthur H. Adams* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Myron C. Baum* for the United States.

No. 673. WINTERS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James R. Ryan* and *Samuel Hess Crossland* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Meyer Rothwacks* for the United States.

No. 680. SEERY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Gustave I. Jahr* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 694. ORBO THEATRE CORP. *v.* LOEW'S, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph G. Dooley* for petitioner. *John F. Caskey, William R. Glendon* and *Joseph T. Childs* for respondents.

No. 702. HINTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bryce Rea, Jr.* and *Edgar Watkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.